■ In the Matter of PATRICIA M. MAHER, Appellant, v HAZEL COADS et al., Respondents. [746 NYS2d 619]

The petitioner's present contentions are being raised for the first time on appeal. Therefore, they are unpreserved for appellate review (see Matter of ELRAC, Inc. v Edwards, 270 AD2d 414, 415). Smith, J.P., Goldstein, Friedmann, Mastro and Rivera, JJ., concur.

■ In the Matter of JAMES P. McCALL et al., Appellants, v BETTY MATONDO et al., Respondents, et al., Respondent. [746 NYS2d 619]

The Supreme Court correctly found that the proceeding was untimely (see Election Law § 16-102 [2]).

The appellants' remaining contentions are without merit. Prudenti, P.J., Florio, McGinity, Crane and Cozier, JJ., concur.